DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GUSTAVO CORONADO-MORENO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>GUSTAVO CORONADO-MORENO,<br><br>               Defendant. | Case No. 11-178 GEB<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE TO<br>JULY 1, 2011, AT 9:00 A.M.<br><br>Date: June 17, 2011<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

    THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for June 17, 2011, at 9:00 a.m., and reset it for July 1, 2011, at 9:00 a.m.

    Counsel for defendant requires further time to review discovery and to negotiate with the government in an effort to resolve this matter.

    The parties further stipulate that the Court should exclude the period from the date of this order through July 1, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendants' request for a continuance outweigh the best interest of the

1

1  public and the defendant in a speedy trial, and that this is an
2  appropriate exclusion of time for defense preparation within the
3  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

4  Dated: June 13, 2011                Respectfully submitted,

5                                      DANIEL BRODERICK
                                       Federal Defender
6
                                       /s/ M.Petrik
7                                      _____
                                       MICHAEL PETRIK, Jr.
8                                      Assistant Federal Defender

9  Dated: June 13, 2011                BENJAMIN B. WAGNER
                                       United States Attorney
10
                                       /s/ M.Petrik for
11                                     _____
                                       MICHELE BECKWITH
12                                     Assistant U.S. Attorney

13

14                                  **ORDER**

15     **IT IS SO ORDERED.**  The Court orders time excluded from the date of
16  this order through the status conference on July 1, 2011, pursuant to
17  18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

18  Dated:  June 20, 2011

19
                        _____
20                      GARLAND E. BURRELL, JR.
                        United States District Judge
21

22

23

24

25

26

27

28
                                    2