DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GUSTAVO CORONADO-MORENO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GUSTAVO CORONADO-MORENO,<br><br>　　　　Defendant.<br>_____ | Case No. 11-178 GEB<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JULY 22, 2011, AT 9:00 A.M.<br><br>Date: July 1, 2011<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

　　　　THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for July 1, 2011, at 9:00 a.m., and reset it for July 22, 2011, at 9:00 a.m.

　　　　Counsel for defendant requires further time to review discovery and to negotiate with the government in an effort to resolve this matter.

　　　　The parties further stipulate that the Court should exclude the period from the date of this order through July 22, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

1

| | | |
|---|---|---|
| Dated: June 29, 2011 | | Respectfully submitted, |
| | | DANIEL BRODERICK<br>Federal Defender |
| | | /s/ M.Petrik |
| | | MICHAEL PETRIK, Jr.<br>Assistant Federal Defender |
| Dated: June 29, 2011 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | /s/ M.Petrik for |
| | | MICHELE BECKWITH<br>Assistant U.S. Attorney |

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on July 22, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: July 5, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2