```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    GUSTAVO CORONADO-MORENO
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,     )  Case No. 11-178 GEB
                                  )
11              Plaintiff,        )  STIPULATION AND [PROPOSED] ORDER
                                  )  TO CONTINUE STATUS CONFERENCE TO
12      v.                        )  AUGUST 26, 2011, AT 9:00 A.M.
                                  )
13  GUSTAVO CORONADO-MORENO,      )  Date: July 22, 2011
                                  )  Time: 9:00 a.m.
14              Defendant.        )  Judge: Garland E. Burrell, Jr.
    _____ )
15
```

16        THE PARTIES STIPULATE, through their respective attorneys, that

17   the Court should vacate the status conference scheduled for July 22,

18   2011, at 9:00 a.m., and reset it on August 26, 2011, at 9:00 a.m.

19        Counsel for defendant requires further time to review discovery

20   and to confer with the defendant.

21        The parties further stipulate that the Court should exclude the

22   period from the date of this order through August 26, 2011, when it

23   computes the time within which the trial of the above criminal

24   prosecution must commence for purposes of the Speedy Trial Act.  The

25   parties stipulate that the ends of justice served by granting

26   defendant's request for a continuance outweigh the best interest of the

27   public and the defendant in a speedy trial, and that this is an

                                   1

appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: July 19, 2011                       Respectfully submitted,

                                           DANIEL BRODERICK
                                           Federal Defender

                                           /s/ M.Petrik
                                           _____
                                           MICHAEL PETRIK, Jr.
                                           Assistant Federal Defender

Dated: July 19, 2011                       BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ M.Petrik for
                                           _____
                                           MICHELE BECKWITH
                                           Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on August 26, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial

Dated: July 20, 2011

                                           _____
                                           GARLAND E. BURRELL, JR.
                                           United States District Judge

2